IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| YOUNG YIL JO, | ) | 8:13CV219 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| SIX UNKNOWN NAMES AGENTS, | ) | |
| and BARACK OBAMA, Mr. | ) | |
| President Of The United States, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff's Notice of Appeal. (Filing No. 7.) Plaintiff's Notice of Appeal was not accompanied by the appellate filing fee, and Plaintiff is barred from proceeding in forma pauperis because he has three or more strikes under the provisions of 28 U.S.C. § 1915(g). (*See* Filing No. 5 at CM/ECF pp. 2-3.) In accordance with the court's Memorandum and Order dated July 25, 2013, Plaintiff may not proceed in forma pauperis on appeal. (*See id.* at CM/ECF p. 3.)

IT IS THEREFORE ORDERED that: Petitioner is not entitled to proceed in forma pauperis on appeal. The clerk's office is directed to forward a copy of this Memorandum and Order to the Eighth Circuit Court of Appeals.

DATED this 19th day of August, 2013.

BY THE COURT:

*s/ John M. Gerrard*
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.