IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

YOUNG YIL JO,

               Plaintiff,

vs.

SIX UNKNOWN NAMES AGENTS,
AND BARACK OBAMA, Mr.
President Of The United States;

               Defendants.

**8:13CV219**

**MEMORANDUM
AND ORDER**

      This matter is before the court on Plaintiff's Notice of Appeal. (Filing No. 28.) Plaintiff's Notice of Appeal was not accompanied by the appellate filing fee, and Plaintiff is barred from proceeding in forma pauperis because he has three or more strikes under the provisions of 28 U.S.C. § 1915(g). (*See* Filing No. 5 at CM/ECF pp. 2-3.) Moreover, it is entirely unclear from what Plaintiff seeks to appeal. In accordance with the court's Memorandum and Order dated July 25, 2013, Plaintiff may not proceed in forma pauperis on appeal. (*See id.* at CM/ECF p. 3.)

      IT IS THEREFORE ORDERED that:  Petitioner is not entitled to proceed in forma pauperis on appeal. The clerk's office is directed to forward a copy of this Memorandum and Order to the Eighth Circuit Court of Appeals.

      Dated this 24th day of January, 2017.

                           BY THE COURT:

                           s/ *Richard G. Kopf*
                           Senior United States District Judge